IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>             )<br>    Plaintiff,    )<br>             )<br>  vs.         )<br>             )<br>DANNY REED and     )<br>TAMMY KNIGHT,      )<br>             )<br>    Defendants.  ) | 8:14CR285<br><br>ORDER |

This matter is before the court on the motion for an extension of time by defendant Tammy Knight (Knight) (Filing No. 24). Knight seeks an extension of thirty days, or until October 24, 2014, in which to file pretrial motions in accordance with the progression order (Filing No. 15). Knight has filed an affidavit wherein she consents to the motion and acknowledges she understands the additional time may be excludable time for the purposes of the Speedy Trial Act (Filing No. 25). Upon consideration, the motion will be granted and the pretrial motion deadline **will be extended to both defendants**.

  **IT IS ORDERED:**

Defendant Knight's motion for an extension of time (Filing No. 24) is granted. Knight and Reed are given until **on or before October 24, 2014,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **September 25, 2014, and October 24, 2014**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

  DATED this 25th day of September, 2014.

                             BY THE COURT:

                              s/ Thomas D. Thalken
                             United States Magistrate Judge