## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | **8:14CR285** |
| vs. | |
| **DANNY REED and TAMMY KNIGHT,** | **ORDER** |
| Defendants. | |

This matter is before the court on the motions to suppress by defendants Tammy Knight (Knight) (Filing No. 44) and Danny Reed (Reed) (Filing Nos. 32 and 33). Previously the court denied Reed's request for a Franks hearing and allowed Reed to proceed on a motion to suppress based on the search warrant issued. The court held a telephone conference with counsel on December 8, 2014. Assistant U.S. Attorney Kimberly C. Bunjer represented the United States. Brian S. Munnelly represented Reed and Casey J. Quinn represented Knight. Following a discussion with counsel and upon all parties' agreement,

**IT IS ORDERED**:

1. **On or before December 15, 2014**, the United States shall file any stipulation regarding standing and an index of exhibits to be considered in any motion to suppress.

2. **On or before December 22, 2014**, Reed and Knight shall file any supplement to any motion to suppress together with any brief.

3. **On or before January 5, 2015**, the United States shall file any brief in opposition to the motion to suppress. Thereafter, the motions to suppress will be deemed submitted without further hearing.

Dated this 8th day of December, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge