IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )       8:14CR285
                                )
     v.                         )
                                )
DANNY REED and TAMMY KNIGHT,    )       ORDER
                                )
            Defendants.         )
_____)
```

This matter is before the Court on the findings and recommendation of the magistrate judge (Filing No. 51). No objections have been filed. The Court has reviewed the defendants' motions to suppress (Filing No. 49, Reed; Filing No. 44, Knight) and briefs in support of and in opposition to said motions. The Court finds the findings and recommendation of the magistrate judge should be approved and adopted. Accordingly,

IT IS ORDERED:

1) The findings and recommendation of the magistrate judge are approved and adopted.

2) The stipulation of the parties (Filing No. 47) that they have standing to assert their motions to suppress the search is approved and adopted.

3) Defendants' motions to suppress are denied.

4) Trial of this matter is scheduled for:

**Monday, April 27, 2015, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court. The parties will have time to prepare for trial or pursue plea negotiations, and it will accommodate the schedule of counsel and of the Court. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between March 6, 2015, and April 27, 2015, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 6th day of March, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court