IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,   )
                            )
          Plaintiff,        )      8:14CR285
                            )
     v.                     )
                            )
DANNY REED,                 )      ORDER
                            )
          Defendant.        )
_____)
```

This matter is before the Court on defendant's motion to extend brief due date (Filing No. 92).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that defendant's motion is granted; defendant shall have until August 13, 2015, to submit a brief in support of his motion for variance.

DATED this 11th day of August, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court